UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

GRACIELA BRETCHNEIDER DONCOUSE,

                Plaintiff,                *Civil Action No.*

   -against-                      **1:18-cv-02839-RJS**

FRESHLY BAKED GOODS LLC ET AL

                Defendants.

--------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, GRACIELA BRETSCHNEIDER DONCOUSE, and Defendants, FRESHLY BAKED GOODS LLC d/b/a BAKED and ZCAM, LLC, hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.


Dated: September 14, 2018


     /s/ Bradly Marks
    BRADLY MARKS
    The Marks Law Firm, PC
  175 Varick Street, 3rd Fl,
   New York, NY 10014
   646 770 3775(Direct)
   646 867 2639(Fax)